**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00685-CV

**ASSOCIATED AIR CENTER LP F/K/A A LANDMARK AVIATION CO., ASSOCIATED AIR CENTER INTERNATIONAL, INC.; DAE AVIATION HOLDINGS, INC. D/B/A DUBAI AEROSPACE, APPELLANTS**

**V.**

**TARY NETWORK, LTD.; CITADELLA INTERNATIONAL GROUP, LTD., APPELLEES**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01620**

## ORDER

On November 1, 2013, we ordered court reporter Sheretta L. Martin to file, within thirty days, the reporter's record. To date, the record has not been filed. Accordingly, we **ORDER** Sheretta L. Martin, Official Court Reporter, to file the record no later than **December 16, 2013**. Because the record was originally due May 21, 2013, *arrangements for a substitute reporter must be made, if necessary, as no extensions will be granted absent exigent circumstances. See* TEX. R. APP. P. 35.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to (1) Sheretta L. Martin, (2) the Honorable Phyllis Lister Brown, Presiding Judge of the 162nd Judicial District Court, and (3) the parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE